■ In the Matter of MARY ANN RESZEL, Appellant, v LUCILLE L. BRITT, Constituting the Niagara County Board of Elections,

et al., Respondents. [632 NYS2d 990] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Koshian, J. (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Election Law.) Present—Green, J. P., Pine, Lawton, Fallon and Wesley, JJ. (Filed Aug. 23, 1995.)